1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE  APPLICATION     CASE NO: 2:20-SW-0591  CKD
   OF THE UNITED STATES OF AMERICA
   FOR SEARCH WARRANTS:                  [PROPOSED] ORDER TO UNSEAL SEARCH
12                                       WARRANT AND SEARCH WARRANT
   16 Electronic Devices currently located at the    AFFIDAVITS
13 evidence storage room in the HSI office in
   Sacramento, CA
14

15

16       Upon application  of the United States of America and good cause having been shown,

17       IT IS HEREBY ORDERED that the files in the above-captioned  matters be, and are, unsealed.

18
   Dated:  December 7, 2020
19                                       ALLISON CLAIRE
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

   [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT